## Petition: Small Claims Case

No. C 23 - 1230  J4

Joshua Moore
_____
Plaintiff(s)

vs.

Experian
_____
Defendant(s)

In the Justice Court
Precinct 4
Denton County, Texas

6200 Canyon Falls Drive Suite 101
Flower Mound, Texas 76226
972-434-3910  Fax 972-434-3911

*[Stamp: DENTON COUNTY 2023 JUN 16 PM 1:39 JUSTICE OF THE PEACE PCT. 4]*

**COMPLAINT:** The basis for the claim which entitles the plaintiff to seek relief against the defendant is:

failure to comply with the provisions of the fair Credit Reporting Act (FCRA), specifically 15 U.S.C., 1681e(b) and 15 U.S.C. § 1681i. This agency has shown negligence in maintaining the accuracy of my credit report by not following reasonable procedures to assure maximum possible accuracy.

**RELIEF:** Plaintiff seeks damages in the amount of $ 20,000 , and/or return of personal property as described as follows (be specific): _____
_____, which has a value of $ _____ .
Additionally, plaintiff seeks the following: _____

**SERVICE OF CITATION:** Service is requested on defendants by personal service at home or work or by alternative service as allowed by the Texas Justice Court Rules of Court.

**Defendant's Address for Service:**

CT Corporation System
Agent for Service of Process (if applicable)

1999 Bryan St, Ste 900
Street

Dallas TX 75201
City, State, Zip

**Other Addresses Where Defendant(s) May Be Served:**

_____
Agent for Service of Process (if applicable)

_____
Street

_____
City, State, Zip

**CONSENT TO EMAIL NOTIFICATION:**
[✓] If you wish to give your consent for the answer and any other motions or pleadings to be sent to your email address, please check this box, and provide your valid email address: Josh.moore4422@gmail.com

Joshua Moore
Plaintiff's Printed Name

[Signature]
Signature of Plaintiff

1257 Stapleton lane
Address of Plaintiff

Flower Mound          TX     75028
City                  State  Zip

817-716-4542
Phone & Fax No. of Plaintiff

| Defendant's Information (If Known): | |
|---|---|
| Date of Birth | |
| Last 3 digits of Driver License | |
| Last 3 digits of Social Security | |
| Phone Number | |